# Court of Appeals
## Tenth Appellate District of Texas

10-26-00163-CV

American Express National Bank,
Appellant

v.

Hector Sabido,
Appellee

On appeal from the
County Court at Law No. 3 of McLennan County, Texas
Judge J. Patrick Atkins, presiding
Trial Court Cause No. 2025-0208-CV3

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The Appellant's Brief was first due on Monday, July 13, 2026. Appellant was notified in a letter from the Clerk of this Court dated July 15, 2026, that the Appellant's Brief had not been filed and that if the brief or other response showing grounds for continuing the appeal was not filed on or before Wednesday, August 5, 2026, the appeal would be dismissed for want of prosecution.

No brief or response has been submitted to this Court by Appellant. Accordingly, this appeal is dismissed for want of prosecution and the failure to follow a directive of the Clerk of this Court.  *See* TEX. R. APP. P. 42.3(b), (c).

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  August 13, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
CV06

